UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| DUCK VILLAGE OUTFITTERS; TANYA HOVEY; and ROBERT HOVEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 2:14-CV-60-FL |
| NATIONWIDE MUTUAL INSURANCE COMPANY and DANNY BROWN, | ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 10, 2015, that the motion to remand is granted, and this case is remanded to the General Court of Justice, Superior Court Division, Dare County, North Carolina.

**This Judgment Filed and Entered on February 10, 2015, and Copies To:**

G. Christopher Olson; John Alan Jones; Richard G. Paxton; and Rachel E. Daly (via CM/ECF Notice of Electronic Filing)
The Honorable Dean M. Tolson, Dare County Clerk of Superior Court
    (via U.S. mail) PO Box 1849, Manteo, NC 27954


February 10, 2015                JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk